LINKS: 6, 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-2304 GAF (SPx) | Date | February 3, 2014 |
|---|---|---|---|
| Title | David Lee Pace v. FFE et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** (In Chambers)

## ORDER CONTINUING HEARING

The Court is in receipt of Defendant FFE Transportation Services, Inc.'s ("Defendant") motion to dismiss and motion to transfer. (Docket Nos. 6 and 7.) However, on January 8, 2014, the Court issued an order to show cause regarding why the case should not be dismissed for lack of subject matter jurisdiction. (Docket No. 8 [Order to Show Cause].) The order to show cause allowed Defendant the opportunity to file a responsive pleading by Friday, February 7, 2014. (Id.) In order for the Court to have the opportunity to review and consider the contents of Defendant's response to the order to show cause, the motion hearing presently scheduled for Monday, February 10, 2014, at 9:30 a.m. is hereby **CONTINUED** to Monday, February 24, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.