UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-2304 GAF (SPx) | Date | April 17, 2014 |
|---|---|---|---|
| Title | David Lee Pace v. FFE et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER DISMISSING CASE

On April 1, 2014, this Court terminated the proceedings against Defendant FFE Transportation Services, Inc.  (Docket No. 20 [4/1/14 Order].)  Because Plaintiff had not served any of the four remaining Defendants in the seven months since he filed his complaint, the Court ordered Plaintiff to show cause why the claims against them should not be dismissed, and this case closed for lack of prosecution.  (Id. at 2.)  Any response was to have been submitted no later than April 15, 2014.  (Id.)

That time has now come and gone, but Plaintiff has not responded to the Court's order.  Accordingly, Plaintiff's complaint is hereby **DISMISSED** in its entirety.  See Link v. Wabash R. Co., 370 U.S. 626, 631 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power' . . . .").  The Court Clerk is directed to close this case.

**IT IS SO ORDERED**.